**UPMC** | University of Pittsburgh Medical Center

*Western Psychiatric Institute and Clinic*

3811 O'Hara Street
Pittsburgh, PA 15213-2593

# NOTICE OF PATIENTS' RIGHTS AND BILL OF PATIENTS' RIGHTS AND RESPONSIBILITIES

## NOTICE OF PATIENTS' RIGHTS

*WPIC seeks to ensure the protection of each patient's physical and emotional health and safety*

As a patient you (or, where appropriate, your representative), have the right to

1. file a grievance,
2. participate in the development and implementation of your plan of care,
3. make informed decisions regarding your care,
4. be informed of your status, involved in care planning and treatment, and the ability to request or refuse treatment, (Note This right must not be construed as a mechanism to demand the provision of treatment or services deemed medically unnecessary or inappropriate )
5. formulate an advance directive and to have hospital staff and practitioners who provide care in the hospital comply with these directives,
6. have a family member or a representative and your own physician notified as promptly as possible of your admission to a hospital,
7. personal privacy,
8. receive care in a safe setting, free from verbal or physical abuse or harassment,
9. confidentiality of your clinical records and the ability to access information contained in your clinical records within a reasonable time frame, and
10. be free from restraints and seclusion of any form used as a means of coercion, discipline, convenience, or retaliation by staff

## BILL OF PATIENTS' RIGHTS

*You have a right to be treated with dignity and respect*
*You shall retain all civil rights that have not been specifically curtailed by order of court*

1. You have the right to unrestricted and private communication inside and outside this facility including the following rights,
   a. To peaceful assembly and to join with other patients to organize a body of or participate in patient government when patient government has been determined to be feasible by the facility
   b. To be assisted by any advocate of your choice in the assertion of your rights and to see a lawyer in private at any time
   c. To make complaints and to have your complaints heard and adjudicated promptly
   d. To receive visitors of your own choice at reasonable hours unless your treatment team has determined in advance that a visitor or visitors would seriously interfere with your or others' treatment or welfare
   e. To receive and send unopened letters and to have outgoing letters stamped and mailed Incoming mail may be examined for good reason in your presence for contraband Contraband means specific property which entails a threat to your health and welfare or to the hospital community
   f. To have access to telephones designated for patient use
2. You have the right to practice the religion of your choice or to abstain from religious practices
3. You have the right to keep and to use personal possessions, unless it has been determined that specific personal property is contraband The reasons for imposing any limitation and its scope must be clearly defined, recorded and explained to you You have the right to sell any personal article you make, and keep the proceeds from its sale
4. You have the right to handle your personal affairs including making contracts, holding a driver's license or professional license, marrying or obtaining a divorce and writing a will
5. You have the right to participate in the development and review of your treatment plan
6. You have the right to receive treatment in the least restrictive setting within the facility necessary to accomplish the treatment goals
7. You have the right to be discharged from the facility as soon as you no longer need care and treatment
8. You have the right not to be subjected to any harsh or unusual treatment
9. If you have been involuntarily committed in accordance with civil court proceedings, and you are not receiving treatment, and you are not dangerous to yourself or others, and you can survive safely in the community, you have the right to be discharged from the facility

FORM 1477-0000-0110    ITEM 05214

*Exhibit A*
*Page 1*

1. You or your family will provide information about past illnesses, hospitalization, medication, and other matters relating to your health history in order to treat your illness effectively
2. You will cooperate with all staff members and ask questions if directions and/or procedures are not clearly understood
3. You are expected to be considerate of other patients and staff members and to assist in the control of noise smoking, and the number of visitors in your room at any time You are expected to be respectful of the property of other people and the property of the facility
4. In order to facilitate patient care and the efforts of the staff, you are expected to help the physician, nurses and allied medical personnel in their efforts to care for you by following their instructions and medical orders
5. Duly authorized members of your family are expected to be available to staff members for review of treatment in the event that you are unable to communicate properly with the physicians or nurses
6. It is understood that you assume the financial responsibility of paying for all services rendered, either through third-party payers (for example, an insurance company) or by being personally responsible for payment for any services that are not covered by insurance policies
7. It is expected that you will not take drugs that have not been prescribed by the attending physician and administered by staff and that you will not complicate or endanger the healing process by consuming alcoholic beverages or toxic substances during your stay at the facility

The *Manual of rights for persons in treatment* shall be made available or given to each patient and the rights contained therein shall be explained to the extent feasible to persons who cannot read or understand them Upon request, a copy of the Manual of Rights shall be made available to family, guardian, attorney and other interested parties

Complaint, Grievance and Appeal
Each facility must have a complaint, grievance and appeal system in effect to ensure that the patient rights enunciated in the regulations are safeguarded and disputes are resolved promptly and fairly You should contact the Patient Rights & Relations Representative when efforts to resolve complaints and issues are unsuccessful and/or for further information or to file a complaint or grievance

**PATIENT RIGHTS & RELATIONS REPRESENTATIVE, WPIC**
**412-246-5201**

Upon receipt of a complaint or grievance, WPIC will make every effort to respond in a prompt and fair manner Consumers may appeal grievance resolutions within 10 days by contacting Patient Rights and Relations at (412) 246-5201

Concerns may also be addressed to

Pennsylvania Department of Health
Division of Acute and Ambulatory Care
Room 532
Health and Welfare Building
625 Forster Street
Harrisburg, PA 17120-0701
1-800-254-5164

Allegheny County Department of Human Services
1 Smithfield Street
Pittsburgh, PA 15222
(412) 350-4457

Pennsylvania Department of Public Welfare
Office of Mental Health and Substance Abuse Services
Pittsburgh Field Office
301 Fifth Avenue, Suite 408
Pittsburgh, PA 15222
(412) 565-5226

Allegheny County Mental Health Association
1945 Fifth Avenue
Pittsburgh, PA 15219
(412) 391-3820

Allegheny County Public Defender's Office
400 County Office Building
542 Forbes Avenue
Pittsburgh, PA 15219
(412) 350-3001

## ACKNOWLEDGEMENT OF RECEIPT

NOTICE OF PATIENTS' RIGHTS AND BILL OF PATIENTS' RIGHTS AND RESPONSIBILITIES have been reviewed and copy given to patient and/or parent, legal guardian or authorized representative

_____ _____ 9/28/10
Patient Signature (14 years of age or older)   Parent/Legal Guardian Authorized Representative   Date
                                               Signature (when appropriate)

_____                                                                   9/28/10
Staff Member Signature                                                                          Date

☐ (check if) Patient refused or was unable to review rights at this time Copy provided Please review with patient when receptive or able to comprehend rights

EXHIBIT A
PAGE 2