

**UPMC** | University of Pittsburgh Medical Center

*Western Psychiatric Institute and Clinic*

3811 O Hara Street
Pittsburgh PA 15213-2593

October 21, 2010

Mr Richard Jarzynka
109 Crestwood Drive
Pittsburgh, Pa  15209

Dear Mr Jarzynka,

This letter is in response to your recent letter to the Patient Rights and Relations office at Western Psychiatric Institute & Clinic (WPIC). You reported concerns regarding your recent experience in the Diagnostic Evaluation Center (DEC). Your concerns have been referred to the administrative leadership team

Your reported concerns regarding staff were further investigated by WPIC's Safety Manager and the Clinical Administrator of the DEC. The outcome of any personnel issue is always confidential.

When a consumer requests an evaluation in the DEC, they must be seen by a physician before leaving  The purpose of the physician evaluation is to assure that there are no immediate safety concerns  Safety officers were called after it was reported that you were kicking the door in an attempt to leave.

At the time of your visit, WPIC had a high number of walk-ins, and we do regret your wait time. While it is difficult to predict the number of walk-ins on any given day, we have been making efforts to reduce wait time

Please be assured that your feedback is important to us and carefully evaluated to determine how we may improve service  I can be reached at (412) 246-5201, if you have any questions.

Sincerely,

Margery McInerney
Manager, Patient Rights and Relations

*Part of UPMC Presbyterian Shadyside*

EXHIBIT B
PAGE 1