**00095180**

**JARZYNKA JR , RICHARD**



UPMC | *Western Psychiatric Institute and Clinic*
of UPMC Presbyterian Shadyside

JARZYNKA JR, RICHARD **Patient ID:** 00095180

| | |
|---|---|
| **Program:** | WPIC/ER/PEIS/7926 |
| **Service Date:** | 09/28/2010 07:54 PM |
| **Start Time :** | **09/29/2010** 12:10am |
| **Service:** | DEC Full Evaluation |
| **Note Type:** | SUPPLEMENTAL NOTE |
| **Service Provided by:** | Vered Birmaher, MD |

Pt became upset about being in the DEC and having to wait for evaluation. He began to kick the door and required restraint briefly to help him maintain calm He was taken to the seclusion room where he calmed further Reported feeling akathesia that he attributes to Lamictal and is upset that his outpt psychiatrist does not change the medication He was offered ativan to help him calm down and to help with akathesia but pt asked for Motrin 800mg as he reports this has helped him in the past Will dispense motrin and continue to monitor Pt is stable for continued evaluation in the DEC

Electronically signed by VERED BIRMAHER, MD  09/29/2010 12.48 AM
Electronically co-signed by PETER MURRAY, M D  09/29/2010 9 54 AM

*Exhibit D*
*Page 1*