Richard Minelli
109 Crestwood Dr.
Pittsburgh, PA 15209

Clerk's Office
U.S. Courthouse
P.O. Box 1805
Pittsburgh, PA 15230





U S POSTAGE PAID
PITTSBURGH PA
FEB 10 '11
15290
AMOUNT
$2.41
0056934-07